**354**

In re George SASSOWER, Petitioner.

George SASSOWER, Appellant,

v.

WEST PUBLISHING COMPANY; James
L. Oakes; Charles L. Brieant; Gerard
L. Goettel; 16 Lake Street Owners, Inc.;
Lawrence J. Glynn; Kreindler & Rel-
kin, P.C.; Feltman, Karesh, Major &
Farbman; Wilson Bave; Conboy &
Bave; and Denis Dillon, Appellees.

Nos. 92–8049 Misc., 92–1953.

United States Court of Appeals,
Eighth Circuit.

May 28, 1992.

## ORDER

George Sassower is a New York resident
with a "history of frivolous and vexatious
litigation." *Sassower v. Carlson,* 930 F.2d
583, 584 (8th Cir.1991) (per curiam). In an
effort to halt his stream of frivolous law-
suits, we entered an order prohibiting Sas-
sower from filing any civil suits in the
District Court for the District of Minnesota

unless he obtained leave from that Court.
*Sassower v. Carlson,* 930 F.2d at 584. On
December 6, 1991, Sassower commenced an
action in violation of this order. *George
Sassower v. Jerome G. Arnold,* 744
F.Supp. 908 (D.Minn.1990). The District
Court referred the case to this Court for
the purpose of determining whether to im-
pose sanctions.

On April 6, 1992, this Court entered an
order directing Sassower to show cause
why sanctions should not be imposed for
his violation of the order issued in *Sassow-
er v. Carlson, supra.* Sassower filed his
responses on April 20, 1992. After review-
ing these responses, we find them to be
without merit. We find that Mr. Sassower
should be sanctioned in the amount of
$2,500.00. The District Court should enter
judgment accordingly. The judgment may
be satisfied by tendering to the Clerk of
the District Court a certified check, in the
above amount, made payable to the United
States Treasury. If the judgment is not
satisfied within a reasonable time, the Dis-
trict Court may instruct the United States
Attorney to institute whatever proceedings
are appropriate to enforce the judgment.

In No. 92–1953MN, *Sassower v. West
Publishing Co.,* 1992 WL 72952, Sassower
appeals from an order dismissing his com-
plaint in No. 3–92–18, D.Minn. We direct
that Sassower's appeal be dismissed as pre-
mature. Sassower is free to re-file his
appeal after the District Court has ruled on
his post-judgment motions, if the motions
are denied.

It is so ordered.